# UNITED STATES DISTRICT COURT
for the
Waycross Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Bruce Brown | ) Case No: 5:09CR00018-001 |
| | ) USM No: 14357-021 |
| Date of Original Judgment: December 20, 2010 | ) Shawn F. Wildes |
| Date of Previous Amended Judgment: Not Applicable | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [x] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __200__ months **is reduced to** __174 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated December 20, 2010 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 16, 2016__

*Judge's signature*

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Effective Date: __March 16, 2016__
*(if different from order date)*

*Printed name and title*