# In the United States District Court for the Southern District of Georgia Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court

By MGarcia at 1:10 pm, Apr 01, 2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 509-18 |
| | ) | |
| BRUCE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Bruce Brown's ("Brown") motion for sentence reduction. Dkt. No. 1376. Therein, Brown alleges that, as outlined in his plea agreement, he agreed to plead guilty in exchange for the Government to move for a downward departure U.S.S.G. § 5K1.1. Brown alleges that the Court never entered an Order granting the Government's motion. Brown is mistaken. The Government moved for a downward departure from the Sentencing Guidelines pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) on December 15, 2010. Dkt. No. 923. At sentencing, the Court granted that motion. Dkt. No. 1017 at 49 (sentencing transcript); see also Dkt. Nos. 938, 954. Brown's motion is **DENIED as moot**.

**SO ORDERED**, this 1st day of April, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA